FILED

SEP 10 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARIE PARROW,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>Defendant. | CASE NO. 13-CV-2043 BEN (BLM)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(2) REFERRING CASE TO MAGISTRATE JUDGE**<br><br>[Docket No. 2] |

Plaintiff Teresa Marie Parrow has filed a complaint for review of a final decision of the Commissioner of the Social Security Administration. (Docket No. 1.) Plaintiff also has filed a motion to proceed *in forma pauperis* ("IFP"). (Docket No. 2.)

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a

---

[1] In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013, must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a), (b); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, eff. May 1, 2013. However, the additional $50 administrative fee is waived if the plaintiff is granted leave to proceed IFP. *Id.*

- 1 -

13CV2043

party's failure to pay only if the party is granted leave to proceed IFP. "To proceed *in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). A party seeking IFP status must submit "an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff states that she has no income. She states that she has $97 in savings, owns a car worth $800, and owes $325,000 on a home valued at $250,000. She acknowledges that her husband earns, on average, $1,500 to $2,400 per month but indicates her mortgage expenses exceed $1,600 per month. The Court finds the affidavit sufficient. Plaintiff's request to proceed IFP is granted.

The Court orders the Clerk to issue the summons and provide Plaintiff with an "IFP Package," consisting of (1) this Order, (2) a certified copy of the Complaint, (3) the summons, and (4) a blank USM Form 285. Plaintiff shall complete the Form 285 and forward it to the U.S. Marshal. The U.S. Marshal shall serve a copy of the Complaint and summons upon Defendant, as directed by Plaintiff on Form 285. *See* 28 U.S.C. § 1915(d). All costs of service shall be advanced by the United States. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendants or counsel of defendants and the date of service. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded.

All matters arising in this Social Security appeal are hereby referred to the Honorable Barbara L. Major, United States Magistrate Judge, pursuant to 28 U.S.C.

1 § 636(b)(1) and Civil Local Rule 72.1.c.

2 **IT IS SO ORDERED.**

3 DATED: September 6, 2013

HON. ROGER T. BENITEZ
United States District Court Judge